Case 5:17-cv-05224-PKH   Document 59   Filed 09/26/18   Page 1 of 2 PageID #: 635

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 26 2018

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

HAMID ADELI                                                                          PLAINTIFF

v.                              No. 5:17-cv-05224

SILVERSTAR AUTOMOTIVE, INC.
d/b/a Mercedes-Benz of Northwest Arkansas                                            DEFENDANT

## **VERDICT**

On the claim of **breach of express warranty**, we, the jury, find for:

\_\_\_\_\_Defendant, Silverstar Automotive, Inc.

or

__✓__ Plaintiff, Hamid Adeli


On the claim of **fraud**, we, the jury, find for:

\_\_\_\_\_Defendant, Silverstar Automotive, Inc.

or

__✓__ Plaintiff, Hamid Adeli


On the claim of **deceptive trade practices**, we, the jury, find for:

\_\_\_\_\_Defendant, Silverstar Automotive, Inc.

or

__✓__ Plaintiff, Hamid Adeli

1

(If you find for Plaintiff on any of the above claims, complete the following:

We, the jury, award compensatory damages in the amount of $ 6,835.00 .)


(If you find for Plaintiff on the claim of breach of express warranty, complete the following:

We, the jury, award incidental damages in the amount of $ 13,366 .)


(If you find for Plaintiff on the claim of fraud, and you choose to assess punitive damages as outlined in Final Instruction No. 18, complete the following if necessary:

We, the jury, after having found in favor of Plaintiff on his fraud claim, also award punitive damages in the amount of $ 5.8 million .)


/ Signature of Foreperson　　　　　　　9-26-18
　　　　　　　　　　　　　　　　　　　Date

2