UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

HAMID ADELI                                                                                                PLAINTIFF

v.                                         No. 5:17-cv-05224

SILVERSTAR AUTOMOTIVE, INC.
d/b/a Mercedes-Benz of Northwest Arkansas                                                  DEFENDANT

## JUDGMENT

On the 25th day of September, 2018, this matter was tried before a jury of nine, the undersigned presiding. A unanimous verdict was reached in favor of Plaintiff Hamid Adeli. (Doc. 60). The verdict form was signed and dated by the jury foreperson. Additionally, the Court granted summary judgment for Defendant on Plaintiff's Virginia Consumer Protection Act claim and breach of implied warranty claim on September 13, 2018. (Doc. 49).

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Hamid Adeli is to have and recover from Defendant Silverstar Automotive, Inc.:

Total compensatory damages in the amount of $6,835.00.

Total incidental damages in the amount of $13,366.00.

Total punitive damages in the amount of $5,800,000.00.

Mr. Adeli is therefore awarded a total money judgment in the amount of $5,820,201.00.

The judgment shall bear interest at the prevailing legal rate of 2.58% per annum from the date of entry of this Judgment until paid. *See* 28 U.S.C. § 1961.

IT IS SO ADJUDGED this 27th day of September, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE